IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JAMES BUECHLER,

    Plaintiff,

v.

ADVANCED MEDICAL MGMT., LLC,

    Defendants.

Civil Case No. JKB-23-1891

## ORDER

In light of Plaintiff's Notice of Voluntary Dismissal of Claims Against Defendant, Advanced Medical Management, LLC, Without Prejudice filed on August 23, 2023, (ECF No. 9), with the dismissal without prejudice accomplished by operation of law pursuant to Federal Rule of Civil Procedure 41(a)(1), the Court DIRECTS the Clerk to CLOSE the case.

SO ORDERED.

DATED this 23 day of August, 2023.

BY THE COURT:

James K. Bredar
Chief Judge